# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 9, 2019

## NO. 03-18-00538-CV

**Language People, Inc. and Deaf Nation Enterprises, Inc., Appellants**

**v.**

**Joel Barish, Jed Barish, and DeafNation, Inc., Appellees**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE;
CONCURRING AND DISSENTING OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on May 17, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.